1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   FRANCISCO CASTRO LOPEZ,

11          Petitioner,                    No. CIV S-08-1281 DAD P

12      vs.

13   JOHN MARSHALL, Warden, et al.,

14          Respondents.                   ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254, challenging a Board of Parole Hearings' decision

18   denying him parole.  Petitioner has paid the filing fee.

19          At the time the instant action was filed, petitioner was confined in the California

20   Men's Colony in San Luis Obispo, California, located within the jurisdictional boundaries of the

21   United States District Court for the Central District of California.  He remains confined at that

22   institution at this time.  The proper venue for a habeas challenge to a state parole decision is the

23   district of the petitioner's incarceration at the time the petition is filed.

24   /////

25   /////

26   /////

1

1        Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this

2   matter is transferred to the United States District Court for the Central District of California.

3   DATED: June 18, 2008.

4

5                                                    _____

6                                                    DALE A. DROZD
                                                     UNITED STATES MAGISTRATE JUDGE

7   DAD:9
    lope1281.108a

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26